No. 01–7464. FERGUSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–7484. WARD v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–7486. REYES v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7491. BULLARD v. BARKER, SUPERINTENDENT, SAMPSON COUNTY PRISON UNIT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7500. TIDIK v. WAYNE COUNTY FRIEND OF THE COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–7508. SHELBY v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7510. ROGERS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7511. HARRIS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–7512. FOSTER v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7514. FLYNN v. THOMAS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7515. HARRIS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 01–7516. WILLIAMS v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7518. AZIZ v. TRI-STATE UNIVERSITY. C. A. 7th Cir. Certiorari denied.

No. 01–7523. TWEH v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–7528. DUMONT v. UBC, INC. App. Ct. Conn. Certiorari denied.